**Order entered September 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00138-CR
No. 05-19-00139-CR
No. 05-19-00140-CR
No. 05-19-00141-CR

**JOSEPH GLEN ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-41918-U, F18-00666-U, F18-00673-U & F18-34887-U**

## ORDER

On July 11, 2019, appointed counsel Sharita Blacknall filed an *Anders* brief in the above cases. She did not, however, file a motion to withdraw from representation. We notified Ms. Blacknall by order dated July 22, 2019 of the failure to file a motion to withdraw and ordered her to file the same by July 29, 2019. To date, Ms. Blacknall has not filed a motion to withdraw or contacted the Court about the appeal.

Ms. Blacknall has filed nine *Anders* briefs in appeals over past eight months; during that time, the Court has had to issue three letters and five orders, directing and ordering Ms. Blacknall to file motions to withdraw.

"An *Anders* brief may not be filed without a motion to withdraw, as the sole purpose of an *Anders* brief is to explain and support the motion to withdraw." *In re Schulman*, 252 S.W.3d 403, 404 (Tex. Crim. App. 2008). Therefore, we **ORDER** Sharita Blacknall to file a motion to withdraw by **SEPTEMBER 30, 2019**.

Should Ms. Blacknall fail to file a motion to withdraw by that date, the Court will take whatever action it deems appropriate including striking the *Anders* brief and ordering Ms. Blacknall removed from the case or abating the appeal for a hearing in the trial court to determine the adequacy of Ms. Blacknall's representation and whether she should be referred to the State Bar of Texas Commission for Lawyer Discipline.


/s/     BILL PEDERSEN, III
JUSTICE